**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| NATASHIA HENRY, Individually, and for Others Similarly Situated, | § § § | |
| *Plaintiffs*, | § § | CASE NO. 3:14-cv-03318-N |
| v. | § § | COLLECTIVE ACTION |
| OCI HOLDINGS, LLC, | § § | |
| *Defendant*. | § § | |

**AGREED CONDITIONAL CERTIFICATION AND NOTICE TO POTENTIAL PLAINTIFFS AND MOTION TO WITHDRAW PLAINTIFFS MOTION FOR NOTICE TO POTENTIAL PLAINTIFFS AND FOR CONDITIONAL CERTIFICATION**

Plaintiff Natashia Henry ("Plaintiff" or "Henry") and Defendant OCI Holdings, LLC, ("Defendant" or "OCI") (collectively, the "Parties") file this Agreed Conditional Certification and Notice to Potential Parties (the "Notice") as follows:

**I.
PROCEDURAL BACKGROUND**

Plaintiff Natashia Henry, formerly employed by OCI as occupational therapy assistant ("OTA") in Waco, Texas, filed suit against OCI on September 13, 2014 alleging that she not properly compensated for purported overtime hours for work performed for the Company. *See* Dkt. 1. OCI timely answered Plaintiff's Original Complaint on October 9, 2014. *See* Dkt. 9. On February 27, 2015, Plaintiff filed her Motion for Notice to Potential Plaintiffs and for Conditional Certification. *See* Dkt. 14.

**II.
NOTICE OF AGREEMENT**

Following the Plaintiff's Motion, the Parties agreed to conditionally certify the class in this case. The class will consist of OCI's current and former employees who worked as registered

occupational therapy assistants or occupational therapy assistants from September 13, 2011, through September 13, 2014, and were paid, at least in part, on a per-visit basis. The parties will be filing a Motion for Entry of Agreed Order on Conditional Certification that includes the proposed Notice to be issued and other details on how the opt-in process will proceed.

### III.
### PLAINTIFF'S MOTION TO WITHDRAW HER MOTION FOR NOTICE TO POTENTIAL PLAINTIFFS AND FOR CONDITIONAL CERTIFICATION

Because the Parties have come to an agreement regarding conditional certification and agree to draft a joint notice to the potential class members, Plaintiff hereby withdraws her Motion for Notice to Potential Plaintiffs and for Conditional Certification. Dkt. 14.

Respectfully submitted,

**HUNTON & WILLIAMS LLP**

By: */s/ Sarah E.W. McGahee*
    Alan J. Marcuis
    Lead Attorney
    State Bar No. 24007601
    Sarah E.W. McGahee
    State Bar No. 24051488

    Fountain Place
    1445 Ross Ave., Suite 3700
    Dallas, Texas 75201-3402
    214.979.3000
    214.880.0011 (fax)
    amarcuis@hunton.com
    smcgahee@hunton.com

**LEE & BRAZIEL, L.L.P.**

By: */s/ J. Derek Braziel*
    J. Derek Braziel
    State Bar No. 00793380
    Jay Forester
    State Bar No. 24087532

    1801 N. Lamar Street, Suite 325
    Dallas, Texas 75202
    (214) 749-1400 – Telephone
    (214) 749-1010 – Facsimile

**BRUCKNER BURCH PLLC**

    Richard J. (Rex) Burch
    Texas Bar No. 24001807
    James A. Jones
    Texas Bar No. 10908300

    8 Greenway Plaza, Suite 1500
    Houston, Texas 77046
    (713) 877-8788 – Telephone
    (713) 877-8065 – Facsimile

**ATTORNEYS FOR DEFENDANT**

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and correct copy of the foregoing document has been forwarded to Defendant through its representative counsel via the Court's electronic filing system on this 26th day of March, 2015 as follows:

    /s/ J. Derek Braziel
    J. Derek Braziel

3